# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00247-CV

---

**In re Jorge Calvillo**

---

### ORIGINAL PROCEEDING FROM CALDWELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

---

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed: April 30, 2020